953 F.2d 1380
 Peterkin (Otis H.), Albrecht (Alfred F.), Truesdale (Mack),
Maxwell (Frederick), Harris (Richard), Lesko (John), Floyd
(Calvin), Morris (James), Logan (Ronald), Crenshaw (Robert),
Lee (Charles), Colson (Martin), Yarris (Nicholas), Cross
(Charles), Smith (Donald)
v.
Thornburgh (Dick), Zimmerman (Leroy S.), Jeffes (Glen),
Marks (Ronald), Cuyler (Julius), Zimmerman
(George), Lesko (John C.)
 NO. 91-1736
 United States Court of Appeals,
Third Circuit.
 Jan 08, 1992
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.